[No. 60711-1-I. Division One. March 17, 2008.]

*In the Matter of the Marriage of* MICHELLE ELIZABETH SPRING, *Respondent*, and DAVID SPRING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-07049-7, Mary E. Roberts, J., entered September 18, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 34491-2-II. Division Two. March 18, 2008.]

MARTHA E. GRAHAM, *Appellant*, v. MARK JENKINS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-13709-5, D. Gary Steiner, J., entered February 3, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Penoyar, JJ.

[Nos. 34521-8-II; 35644-9-II. Division Two. March 18, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER JESSE BARBEE, *Appellant*.

*In the Matter of the Personal Restraint of* WALTER JESSE BARBEE, *Petitioner*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00232-3, James B. Sawyer II, J., entered June 12, 2003, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Penoyar, JJ.